STATE of Maine

v.

Russell TEAGUE, Jr.

Supreme Judicial Court of Maine.

Submitted on Briefs
Nov. 14, 1986.
Decided Nov. 19, 1986.

Janet Mills, Dist. Atty., Patricia J. Reynolds, Asst. Dist. Atty., Auburn, for plaintiff.

Thomas M. Mangan, Lewiston, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM DECISION.

Russell Teague, Jr. appeals from a judgment of the Superior Court, Androscoggin County, entered after a jury verdict of guilty of reckless conduct with use of a dangerous weapon, a firearm. 17–A M.R. S.A. § 211 (1983). Teague challenges the sufficiency of the evidence to support his conviction. Examining the evidence in a light most favorable to the prosecution, we conclude that the jury rationally could find beyond a reasonable doubt every element of the offense charged. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

Shirley C. PAGE

v.

Karlenne F. PAGE.

Supreme Judicial Court of Maine.

Argued Nov. 17, 1986.
Decided Nov. 21, 1986.

Anderson, Merrill, Norton & Relyea, Peter A. Anderson (orally), Bangor, for plaintiff.

Paine, Lynch & Harris, Martha J. Harris (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Shirley C. Page appeals from a divorce judgment of the Superior Court, Penobscot County. He asserts that the Superior Court erred in its determination and disposition of marital property and award of alimony. We conclude that the divorce court committed no error of law in its determination of marital property and that the disposition of marital property and award of alimony were within a sound exercise of discretion. *See Hebert v. Hebert*, 475 A.2d 422, 425 (Me.1984); *Skelton v. Skelton*, 490 A.2d 1204, 1207 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.